IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LYNN WYSE                                                                              PLAINTIFF

v.                                   No. 4:15-cv-255-DPM

ALLY FINANCIAL, JAMES
BRYANT, and MARY McKENZIE                                            DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2016